UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 18-5698 FMO (AFMx) | Date | **August 30, 2018** |
| Title | **Chris Langer v. Roger E. Webster, et al.** | | |

| Present: The Honorable | **Fernando M. Olguin, United States District Judge** |
|---|---|

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

On August 3, 2018, the court issued an order requiring plaintiff to file a motion for default judgment as to Jeffery Molter and Venice Vintage Paradise, LLC no later than August 17, 2018. (See Dkt. 14, Court's Order of August 3, 2018). Plaintiff was admonished that "failure to file [a] motion for default judgment by the deadline set forth above" may result in the action against those defendants "being dismissed for failure to prosecute and/or to comply with a court order." (Id.) (citing Fed. R. Civ. P. 41(b); Link v. Wabash Railroad Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962)).

As of the date of this Order, plaintiff has not filed a motion for default judgment. (See, generally, Dkt.). However, the court will provided plaintiff one final opportunity to file such a motion.

Accordingly, IT IS ORDERED THAT plaintiff shall file a motion for default judgment against Jeffery Molter and Venice Vintage Paradise, LLC no later than **September 6, 2018**. Plaintiff is cautioned that failure to file a motion for default judgment shall result in Jeffery Molter and Venice Vintage Paradise, LLC being dismissed from this action for lack of prosecution and for failure to comply with the orders of the court. See Fed. R. Civ. P. 41(b); Link, 370 U.S. at 629-30, 82 S.Ct. at 1388.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |